# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0540
_____

AQUILES ARDILA,

Appellant,

v.

AMERICAN AIRLINES and
SEDGWICK CMS,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: March 08, 2021

March 4, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael Antonio Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.